# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JOSEPH BARBERA, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRIZETTO PROVIDER SOLUTIONS, LLC; COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION; and BLUE CROSS BLUE SHIELD OF RHODE ISLAND,**<br><br>*Defendants*. | Case No.: 4:25-cv-1886-JSD |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Joseph Barbera ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, Trizetto Provider Solutions LLC, Cognizant Technology Solutions Corporation, Blue Cross Blue Shield of Rhode Island ("Defendants"). Defendants have not served an answer or motion for summary judgment in this action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: January 23, 2026.                    Respectfully Submitted,

                    */s/ James J. Rosemergy*
                    James J. Rosemergy MO #50166
                    CAREY DANIS & LOWE

>8235 Forsyth Boulevard
>Suite 1100
>St. Louis, MO 63105
>314-725-7700
>Fax: 314-721-0905
>Email: jrosemergy@careydanis.com
>
>*Attorney for Plaintiff & Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed on January 23, 2026, using the Court's ECF system and served upon all counsel of record thereby.

>*/s/ James J. Rosemergy*
>James J. Rosemergy